# WEINER LESNIAK LLP

**Attorneys at Law**

629 Parsippany Road
P. O. Box 0438
Parsippany, New Jersey 07054-0438
(973) 403-1100  /  (973) 403-0010 (fax)

**Ronald A. Berutti**
*NJ BAR, NY BAR*
rberutti@weinerlesniak.com

*Please respond to New Jersey Location*

New York Location:

888 Veteran's Memorial Highway
Suite 540
Hauppauge, New York 11788
631-232-6130    631-232-6184 (fax)

May 13, 2008

*So Ordered
June 3, 2008 at 2 PM
/s/ Peter Sheridan*

**Via Facsimile**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

> Re: **Lexington Insurance vs. St. Joseph's Healthcare System, et al.**
> **Docket No.: 07-5513 (PGS)**
> **Our File No.: 86228**

Dear Judge Sheridan:

This firm represents the plaintiff in the above-referenced matter, which is scheduled for settlement conference on Tuesday, May 20, 2008. I have spoken with Your Honor's law secretary, Scott Sholder, Esq., and he authorized me to forward this facsimile request for an adjournment of that conference.

My client's representative cannot be available in person or by telephone on May 20th because of scheduling conflicts. Further, I presently have scheduling conflicts as well. Thus, with the kind consent of my adversary, Craig A. Domalewski, Esq., we are seeking an adjournment until June 3, 2008. Both parties have confirmed that the attorneys and their clients are available on that date. Both parties checked on Tuesdays for available dates under the assumption that Tuesday may be Your Honor's day to conduct settlement conferences. However, we are both prepared to be more flexible with the date if necessary.

I thank you Your Honor for consideration of this request.

Respectfully yours,
**WEINER LESNIAK LLP**

By: *Ronald A. Berutti*
Ronald A. Berutti
A Member of the Firm

RAB/bsv

cc: Craig A. Domalewski, Esq. (Via Facsimile)
Denise D'Assaro (Via Email)

F:\WP-DATA\INS\MATTERS\86228 Judge Sheridan (05-13-08) (RAB).doc