**DUGHI & HEWIT, P.C.**
Craig A. Domalewski, Esq.
340 North Avenue
Cranford, New Jersey  07016
(908) 272-0200
Attorneys for Defendants,
St. Joseph's Healthcare System and
St. Joseph's Self-Insurance Trust

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, | Civil Action No.: 07-cv-05513 (PGS)(ES) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** <u>**WITH PREJUDICE**</u> |
| ST. JOSEPH'S HEALTHCARE SYSTEM and ST. JOSEPH'S SELF-INSURANCE TRUST, | |
| Defendants. | |

The parties hereto, through their undersigned counsel, hereby stipulate and agree that the within matter is hereby dismissed <u>with prejudice</u> and without costs to either party.

Ronald A. Berutti, Esq.
WEINER LESNIAK LLP
629 Parsippany Road
P.O. Box 438
Parsippany, New Jersey 07054
Attorneys for Plaintiff,
Lexington Insurance Company

By: _____
Ronald A. Berutti, Esq.

Dated: July 29, 2008

DUGHI & HEWIT, P.C.
340 North Avenue
Cranford, New Jersey 07016
Attorneys for Defendants,
St. Joseph's Healthcare
System and St. Joseph's
Self-Insurance Trust

By: _____
Craig A. Domalewski, Esq.

Dated: July 28, 2008

C:\DOCUME-1\CDOMAL-1\LOCALS-1\Temp\11949-PLD-SAH-STIP OF DISM W PREJUDICE-SAH-7-24-2008.doc

**SO ORDERED:** _____
**DATED:** 7/29/08